**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**RYAN KEITH WILLIAMS**                                    **CIVIL ACTION**

**VERSUS**                                                        **NO. 17-5089**

**ORLEANS PARISH SHERIFF'S OFFICE, ET AL**        **SECTION "F" (4)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of any party to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter.   Therefore,

**IT IS ORDERED** that that Ryan Keith Williams's § 1983 claims against Orleans Parish Sheriff's Office, Sheriff Marlin N. Gusman, Timothy Ducree, and Arimark Food Services are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 28th day of _____August_____, 2017.

_____
**UNITED STATES DISTRICT JUDGE**